**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq. (Cal. Bar No. 332132)
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ANDRES HERNANDEZ and JESSIE GALARZA,<br><br>Plaintiffs,<br><br>v.<br><br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:21-cv-00854-MWF-SK<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that ARMANDO ANDRES HERNANDEZ and JESSIE GALARZA ("Plaintiffs"), hereby notify the Court that Plaintiffs and Defendant, MIDLAND CREDIT MANAGEMENT, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Date: July 8, 2021                                  Respectfully submitted,

|   |   |
|---|---|
| 1 |   |
| 2 | By: */s/ Alejandro E. Figueroa* |
|   | Alejandro E. Figueroa, Esq. |
| 3 | 2500 S. Highland Avenue, Suite 200 |
| 4 | Lombard, IL 60148 |
|   | Telephone: (630) 575-8181 |
| 5 | alejandrof@sulaimanlaw.com |
| 6 | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.

2