JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ANDRES HERNANDEZ and JESSIE GALARZA,<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:21-cv-00854-MWF-SK<br><br>**ORDER** |

Plaintiffs, ARMANDO ANDRES HERNANDEZ and JESSIE GALARZA ("Plaintiffs") and Defendant, Midland Credit Management, Inc. ("Defendant"), having filed a Joint Stipulation for Dismissal *with* prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation for Dismissal is approved. The action against Midland Credit Management, Inc. is hereby dismissed *with* prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 13, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1